**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**GREGORY L. WILSON,**

                    **Plaintiff(s),**          **CASE NUMBER: 08-11751**
                                               **HONORABLE VICTORIA A. ROBERTS**
**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

                    **Defendant(s).**
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

On December 4, 2008, Magistrate Judge Charles E. Binder submitted a Report

and Recommendation (Doc. #13) recommending that the Court: (1) DENY Plaintiff

Gregory L. Wilson's "Motion for Summary Judgment" (Doc. #10); and (2) GRANT

Defendant Commissioner of Social Security's "Motion for Summary Judgment" (Doc.

#12).

Because the Court has not received objections from either party within the time

frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court

adopts the Magistrate Judge's Report and Recommendation.  Plaintiff's motion is

**DENIED**; Defendant's motion is **GRANTED**.

          **IT IS ORDERED**.


                              S/Victoria A. Roberts_____
                              Victoria A. Roberts
                              United States District Judge

Dated:  December 23, 2008

1

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 23, 2008.

s/Carol A. Pinegar
Deputy Clerk